# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0007

_____

RANDOLPH PHILLIPS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

May 11, 2018

PER CURIAM.

   AFFIRMED.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randolph Phillips, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.